# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

(No filing fee paid)

Jonathan Lee Riches ©,
Plaintiff

v.

Hood/Scheer

Civil No. 07-14477

KPMG LLP; Robert Pfaff; John Larson; David Greenberg; David Amir Makov; Raymond J. Ruble; HVB Group; Presidio Resources Inc; Jenkens & Gilchrist; Joseph T. Boyle; Michael A. Conway; Anthony P. Dolanski; Ronald A. Safran; Jackson Hewitt Inc; Merrill Lynch; H & R Block Inc; Jeffrey Stein; John Lanning; Richard Smith; Jeffrey Eischeid; Philip Wiesner; Mark Watson; Larry Delap; Steven Gremminger; Greg Ritchie,
Defendants

## Complaint
"Illegal Tax Shelters"
"TRO Temporary Restraining Order"

FILED 2007 OCT 22 P 12:2_
U.S. DIST. COURT CLERK
EAST. DIST. MICH
FLINT

Comes now the Plaintiff, Jonathan Lee Riches©, in pro-se, moves this Honorable court to issue an order for Defendant's named in this suit to respond. This is a Securities Fraud suit under 15 USC 78a and crimes Defendants committed pursuant to: tax fraud, wire fraud, money laundering, identity theft, computer fraud, deceit, and manipulation. Plaintiff also seeks a TRO Temporary Restraining order as Plaintiff is in immediate danger from Defendants. Plaintiff seeks $50,000,000.00 Million dollars collectively from Defendants. Plaintiff prays for relief.

### 1

My name is Jonathan Lee Riches, I'm serving a illegal sentence of 125 months in Federal prison for wire fraud and Identity theft, I'm currently housed at FCI Williamsburg, Salters South Carolina. Defendants are violating my 6th amendment rights under Booker and FanFan with my criminal case from Houston Texas, Southern District of Texas # H-03-90.

2

Defendant's are unindicted co-defendants of mine in my Federal criminal case. I contacted KPMG in 2001 with a scheme to hide all my Identity theft money in a offshore Accounts in the British channel Island of Jersey. Defendant PFaFF told me on April 11, 2001, that he can create a "OPIS" offshore portfolio investment stratagy Account with him through KPMG with Jackson Hewitt INC as underwriters to dump all my Identity theft money into the "OPIS" with KPMG and PFaFF recieving a 20% cut.

3

April 29, 2001 - PFaFF introduced me to Defendant Joseph T. Boyle at the four seasons Resort about discussing with me how to illegally hide $2.5 million dollars in Identity theft money from a computer scam revolving around America online AOL being hacked into. Boyle told me for $250,000 he can create a "BLips" bond linked issue premium structure through Kpmg to create a Capital Loss for Kpmg while I profit and Defendant getting a Kickback. I agreed, but Asked Defendant John Larson that was next to Boyle if this was Legal. Both stated "No", further saying KPMG can get away with anything. Our company buys Judges, Attorney Generals, and kicks back money to the Securities Exchange Commission, so they don't investigate their illegal practices

4

Jan 10, 2002 - I met all defendant's at a tax convention in Atlanta. All Defendant's were impressed that I was able to steal Identities and obtain Large amounts of illegal funds. Defendants told me they can create 100's of "FLips", "bLips" and "Sus" with all of us profitting illegally while the company KPMG took a Loss. KPMG took illegal identity theft funds from me on Jan 20, Jan 24th, Feb 6th, Feb 9th, Feb 14th, Feb 20th, March 10th, March 17th, 2002 totaling another $7.5 million dollars that they arranged to be deposited in off shore accounts in the Cayman Islands runned by Riggs Bank of Washington D.C., Each Defendant recieved a Kickback of $50,000.00 dollars, which was used to invest into KPMG, Merrill Lynch stock. This is stock manipulation. Defendant's made call option's on Merrill Lynch stock on June 10, 2002 with Identity theft money from the Public hacking of choice point data Systems. Defendants told me on June 20, 2007 that if I continue to use fraudulent drivers Liscences and empty bank of America Accounts along the I-95 stretch from Philadelphia PA through Jacksonville FL, and use the funds to dump into illegal tax shelters that Defendants created, I

would get my return plus 25% interest each month

5

Defendants are in major write off fraud with Merrill Lynch. Defendants gave me a list on July 10th, 2002 of thousands of Merrill Lynch customer accounts including the name HAL Blumenthal who was a victim on my criminal case in Houston. I was told to use a fraudulent Drivers Liscences that I made with a Fargo Identification Printer and to steal Merrill Lynch Account Holders money, so Merrill Lynch can write it off as a fraud loss to the Insurance Companies, I would then use the money and create Strawman Brokerage Accounts with E trade, using the funds to Purchase KPMG and Merrill Lynch stock, boosting it's volume in stock manipulation, so other potential stock buying customers think Merrill Lynch is stable, I recieved a 10% cut. I remember using HAL Blumenthals name from my criminal case.

### TRO Temporary Restraining Order

Defendant's were never indicted in my criminal case because I kept my mouth shut and did not tell. Now I feel its my duty to this wonderful United States to Whistle blow on defendants illegal practices. I plan on writing a tell all book about Defendants. I fear Defendants are going to come to FCI Williamsburg to kill me, Defendants currently have a unrelated criminal case in New York heard by Judge Lewis A. Kaplan. If defendants get sentenced to prison, I fear for my life, as some of them will transfer to FCI Williamsburg. I move this Court to keep defendants away from me. They already inflicted damage on my life by entrapping me with my criminal case. I have head aches, nightmares. I need this Court to help me. Plaintiff moves for preliminary injunctive relief against Defendants Conduct. Respectfully I pray for relief.

respectfully
Submitted _____
Jonathan Lee Riches ©

Jonathan Lee Riches ©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
(843) 387-9400

# CIVIL COVER SHEET FOR PRISONER CASES

Case No. 07-14477         Judge: Hood         Magistrate Judge: Scheer

**Name of 1st Listed Plaintiff/Petitioner:**
JONATHAN RICHES

**Name of 1st Listed Defendant/Respondent:**
KPMG, LLP, ET AL

**Inmate Number:** 40946018

**Additional Information:**

**Plaintiff/Petitioner's Attorney and Address Information:**

**Correctional Facility:**
FCI - Williamsburg
P.O. Box 340
Salters, SC 29590

**BASIS OF JURISDICTION**
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question

**NATURE OF SUIT**
- ☐ 530 Habeas Corpus
- ☐ 540 Mandamus
- ☒ 550 Civil Rights
- ☐ 555 Prison Conditions

**ORIGIN**
- ☒ 1 Original Proceeding
- ☐ 5 Transferred from Another District Court
- ☐ Other:

**FEE STATUS**
- ☒ IFP *In Forma Pauperis*
- ☐ PD Paid

**PURSUANT TO LOCAL RULE 83.11**

1. Is this a case that has been previously dismissed?
   - ☐ Yes   ☐ No
   - If yes, give the following information:
     - Court: _____
     - Case No: _____
     - Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)
   - ☐ Yes   ☐ No
   - If yes, give the following information:
     - Court: _____
     - Case No: _____
     - Judge: _____

MIED (Rev. 07/06) Civil Cover Sheet for Prisoner Cases